1   UNITED STATES DISTRICT COURT

2   DISTRICT OF NEVADA

3   JOSHUA GREEN,                                           Case No. 3:20-cv-00363-RFB-WGC

4                                            Plaintiff        **ORDER**

5        v.

6   JAMES DZURENDA, *et al.,*

7                                            Defendants

8

9   **I.      DISCUSSION**

10          On June 17, 2020, Plaintiff, an inmate in the custody of the Nevada Department of

11  Corrections ("NDOC"), submitted a civil rights complaint under 42 U.S.C. § 1983.  (ECF

12  No. 1-1).  Plaintiff has neither paid the full $400 filing fee for this matter nor filed an

13  application to proceed *in forma pauperis*.

14          Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, an inmate seeking to begin

15  a civil action in this Court may apply to proceed *in forma pauperis* in order to file the civil

16  action without prepaying the full $400 filing fee.  To apply for *in forma pauperis* status, the

17  inmate must submit <u>all three</u> the following documents to the Court:

18          (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, this

19          Court's approved form (i.e. pages 1 through 3 with the inmate's two signatures on

20          page 3),

21          (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail

22          official (i.e. page 4 of this Court's approved form), and

23          (3) a copy of the **inmate's prison or jail trust fund account statement for the**

24  **previous six-month period**.

25          The Court will grant Plaintiff a **one-time** opportunity to file a fully complete

26  application to proceed *in forma pauperis* containing <u>all three</u> of the required documents,

27  or in the alternative, pay the full $400 filing fee for this action on or before **August 17,**

28  **2020**.  Absent unusual circumstances, the Court will <u>not</u> grant any further extensions of

time.  If Plaintiff is unable to file a fully complete application to proceed *in forma pauperis* with all three required documents or pay the full $400 filing fee on or before **August 17, 2020**, the Court will dismiss this case <u>without prejudice</u> for Plaintiff to file a new case with the Court when Plaintiff is either able to acquire all three of the documents needed to file a fully complete application to proceed *in forma pauperis* or pay the full $400 filing fee.

To clarify, a dismissal <u>without prejudice</u> means Plaintiff does not give up the right to refile the case with the Court, under a new case number, when Plaintiff has all three documents needed to submit with an application to proceed *in forma pauperis*. Alternatively, Plaintiff may choose not to file an application to proceed *in forma pauperis* and instead pay the full filing fee of $400 on or before **August 17, 2020** to proceed with this case.  The Court will retain Plaintiff's civil rights complaint (ECF No. 1-1), but the Court will not file the complaint unless and until Plaintiff timely files a fully complete application to proceed *in forma pauperis* with all three documents or pays the full $400 filing fee.

## II.   CONCLUSION

For the foregoing reasons, IT IS ORDERED that the Clerk of the Court will send Plaintiff the approved form application to proceed *in forma pauperis* by an inmate, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that on or before **August 17, 2020**, Plaintiff will either pay the full $400 filing fee for a civil action (which includes the $350 filing fee and the $50 administrative fee) or file with the Court:

(1) a completed **Application to Proceed *in Forma Pauperis* for Inmate** on this Court's approved form (i.e. pages 1 through 3 of the form with the inmate's two signatures on page 3),

(2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and

(3) a copy of the **inmate's prison or jail trust fund account statement for the**

1    **previous six-month period**.

2         IT IS FURTHER ORDERED that, if Plaintiff does not file a fully complete

3    application to proceed *in forma pauperis* with all three documents or pay the full $400

4    filing fee for a civil action on or before **August 17, 2020**, the Court will dismiss this action

5    <u>without prejudice</u> for Plaintiff to refile the case with the Court, under a new case number,

6    when Plaintiff has all three documents needed to file a complete application to proceed

7    *in forma pauperis* or pays the full $400 filing fee.

8         IT IS FURTHER ORDERED that the Clerk of the Court will retain the complaint

9    (ECF No.1-1) but will not file it at this time.

10        DATED:   June 18, 2020

11

12                                           UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28